UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Trustees of the Paper Products, Miscellaneous
Chauffeurs, Warehousemen & Helpers Union
Local 27 Welfare Trust Fund & Pension Fund,

                        Plaintiffs,           ORDER
                                                     12 CV 1475 (ILG) (VMS)

       -against-

J&J International Logistics, Corp.,

                        Defendant.
------------------------------------------------------------x
GLASSER, United States District Judge:

      A Report and Recommendation of Magistrate Judge Scanlon, dated September 3, 2013, recommended that the Court strike defendant's answers, Dkt. Nos. 10, 12; direct the Clerk of Court to enter a certificate of default against defendant; and permit plaintiffs to move for a default judgment within 45 days of the adoption of the Report and Recommendation. Any objections were to be made within fourteen days. Failure to do so waives the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety.

      SO ORDERED.

Dated:     Brooklyn, New York
             October 3, 2013

                                                      I. Leo Glasser